# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1114
Lower Tribunal No. 2006-CC-000507

_____

HEWITT A. GRANT, II,

Appellant,

v.

GRADY C. JUDD, SHERIFF OF POLK COUNTY,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the County Court for Polk County.
Rachelle E. Williamson, Judge.

September 19, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

NARDELLA, SMITH and BROWNLEE, JJ., concur.


Hewitt A. Grant, II, East Palatka, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED